**Pitney Bowes Inc**
4901 Belfort Rd, Ste 120
Jacksonville, FL 32256

| ACCOUNT NO. | INVOICE NO. | INVOICE DATE | DUE DATE | AMOUNT DUE |
|---|---|---|---|---|
| 7707210-003 | 7707210-3 | 3/30/11 | **12/6/13** | **$969.83** |

GRANT COUNTY EXCAVATION                                  Pitney Bowes Inc
8939 S Eisenhower Rd                                              Grisselle Betancourt
Tucson AZ 85756                                                        4901 Belfort Rd, Ste 120
                                                                                  Jacksonville FL  32256
                                                                                  1-800-620-7237 X5414

Please return with payment

---

# Pitney Bowes Inc

ACCOUNT NO.  **ACCT#7707210-003**

| | |
|---|---|
| CONTRACT BALANCE **** (24 months left on lease) | $ 624.00 |
| SALES TAX | $ 0.00 |
| VALUEMAX FEE | $ 0.00 |
| BALANCE FORWARD | $ 345.83 |
| PROPERTY TAX | $ 0.00 |
| ADJUSTMENTS-INTEREST TO DATE | $ 0.00 |
| TOTAL | $ 969.83 |

RE:  **GRANT COUNTY EXCAVATION**
       8939 S Eisenhower Rd
       Tucson AZ 85756

PAY THIS AMOUNT    *   $969.83

****Rejection Damages Claim****

1-800-620-7237 X5414