**Pitney Bowes Inc**
4901 Belfort Rd, Ste 120
Jacksonville, FL  32256

| ACCOUNT NO. | INVOICE NO. | INVOICE DATE | DUE DATE | AMOUNT DUE |
|---|---|---|---|---|
| 7707210-004 | 7707210-4 | 3/30/11 | **12/6/13** | **$3,092.97** |

GRANT COUNTY EXCAVATION  
8939 S Eisenhower Rd  
Tucson AZ 85756

Pitney Bowes Inc  
Grisselle Betancourt  
4901 Belfort Rd, Ste 120  
Jacksonville FL  32256  
1-800-620-7237 X5414

Please return with payment

---

# Pitney Bowes Inc

ACCOUNT NO.  **ACCT#7707210-004**

| | |
|---|---|
| CONTRACT BALANCE **** **(24 months left on lease)** | $ 1,800.00 |
| SALES TAX | $ 0.00 |
| VALUEMAX FEE | $ 0.00 |
| BALANCE FORWARD | $ 1,292.97 |
| PROPERTY TAX | $ 0.00 |
| ADJUSTMENTS-INTEREST TO DATE | $ 0.00 |
| TOTAL | $ 3,092.97 |

RE:  **GRANT COUNTY EXCAVATION**  
     8939 S Eisenhower Rd  
     Tucson AZ 85756

PAY THIS AMOUNT   *   $3,092.97

*****Rejection Damages Claim*****

1-800-620-7237 X5414