TROUTMAN SANDERS LLP
Harris B. Winsberg, *Pro Hac Vice*
GA Bar No. 770892
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308-2216
Telephone: 404.885.3000
Facsimile: 404.885.3900

Former Attorneys for Creditor
Wal-Mart Stores, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET NE
SUITE 3000
ATLANTA, GA 30308-2216

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Case No. 4:13-bk-19613-SHG |
| Grant County Excavation, Inc., | Chapter: 7 |
| Debtor. | **MOTION FOR AN ORDER GRANTING WITHDRAWAL OF COUNSEL** |

COMES NOW Harris B. Winsberg of the law firm Troutman Sanders LLP (collectively, "Movant") and, pursuant to Local Rule 9010-1, moves the Court (the "Motion") for entry of an order withdrawing both Mr. Winsberg and Troutman Sanders LLP as counsel of record for creditor Wal-Mart Stores, Inc. ("Wal-Mart") in the above-captioned bankruptcy case.

Mr. J. David Bournazian, formerly of the law firm Troutman Sanders LLP and now of the law firm Greenberg Traurig, LLP, remains as counsel of record for Wal-Mart. *See, e.g.*, [Doc. No. 684]. Mr. Bournazian's contact information is as follows:

J. David Bournazian
3161 Michelson Drive, Suite 1000
Irvine, CA 92612
949.732.6500
bournaziand@gtlaw.com

1   WHEREFORE, Movant respectfully requests that the Court grant the Motion and all relief

2   sought therein, as well as such other and further relief as is right and just.

3

4   Dated:          September 27, 2018          TROUTMAN SANDERS LLP

5

6                                              By: */s/ Harris B. Winsberg*
                                                   Harris B. Winsberg
7

8                                              Former Attorneys for Creditor
                                               Wal-Mart Stores, Inc.
9

10

11

TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET NE
SUITE 3000
ATLANTA, GA 30308-2216

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR AN ORDER GRANTING
WITHDRAWAL OF COUNSEL