IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | Case No. 4:13-bk-19613-SHG |
| | ) | |
| Grant County Excavation, Inc., | ) | Chapter 7 |
| | ) | |
| | ) | **ORDER GRANTING FINAL** |
| Debtor. | ) | **APPLICATION FOR** |
| | ) | **COMPENSATION AND** |
| | ) | **REIMBURSEMENT OF EXPENSES** |
| | ) | **FOR SPECIAL COUNSEL FOR** |
| | ) | **TRUSTEE** |
| | ) | |

This matter having come before the Court on the Trustee's *Final Application for Compensation and Reimbursement of Expenses for Special Counsel for Trustee* ("Application") in which the Trustee seeks approval of fees and expenses for Special Counsel for the Trustee, Kivell, Rayment and Francis, P.C. (Brian J. Rayment, Esq.) ("Special Counsel"); and the Court having found that proper notice has been served, with no objections being filed to the Application; and good cause appearing,

**IT IS HEREBY ORDERED:**

A. Granting the Application;

B. Approving the Chapter 7 administrative expenses of Special Counsel for fees in the amount of $107,744.49 and expenses in the amount of $1,244.49, for a total award of $108,988.98; and

C. Authorizing the Trustee to pay the approved administrative expenses for Special Counsel in the total amount of $108,988.98, provided that payment will not prejudice claimants of equal or higher priority.

**DATED AND SIGNED ABOVE**