**DAVID M. REAVES**
CHAPTER 7 TRUSTEE
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone
trustee@reaves-law.com

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>GRANT COUNTY EXCAVATION, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No.: 4:13-bk-19613-SHG<br><br>**NOTICE OF HEARING ON MOTION FOR ENTRY OF ORDER APPROVING TRUSTEE'S FINAL REPORT AND PROPOSED DISTRIBUTION**<br><br>**Hearing Date: August 18, 2026**<br>**Time: 2:00 p.m.** |

**NOTICE IS HEREBY GIVEN** that David M. Reaves, Chapter 7 trustee for the above estate ("Trustee"), has filed a *Motion for Entry of Order Approving Trustee's Final Report and Proposed Distribution* (the "Motion"). In that Motion, Trustee is requesting an order of this Court approving Trustee's *Final Report and Account* and Trustee's proposed distribution of funds as set forth in *Amended Notice of Trustee's Final Report* ("Amended NFR") filed on May 19, 2026, at Dkt. No. 901. The Amended NFR was properly noticed to all parties on the master mailing list on file herein, and no formal objections were filed. However, Trustee has received a number of notices from the Internal Revenue Servie ("IRS") indicating that additional tax obligations may be owing. To the

extent that those IRS notices are deemed by the Court to be objections to Trustee's Amended NFR, Trustee requests an order of this Court overruling any such objections.

A copy of the Motion is available for review at the United States Bankruptcy Clerk's Office, 230 North First Avenue, Suite 101, Phoenix, Arizona 85003, and can be obtained from Trustee at the address above.

**NOTICE IS FURTHER GIVEN** that the Court will conduct a hearing on the Motion and any objections thereto on August 18, 2026, at 2:00 p.m., in **Courtroom 329**, James A. Walsh Federal Courthouse, 38 South Scott Avenue, Tucson, AZ 85701. Attorneys and interested parties located within the Tucson metropolitan area are required to appear in person.

Attorneys and interested parties located outside of the Tucson metropolitan area may appear by videoconference via https://www.zoomgov.com. The **hearing ID is 161 566 3365** and the **passcode is 157658**. Alternatively, interested parties may use the following Zoom hearing link: https://www.zoomgov.com/j/1615663365?pwd=dHVJOTF5WitsVnU3Mk1pTWw5SzZadz09.

Participants are expected to join the videoconference 5 minutes prior to the scheduled hearing time and ensure that their full name (First and Last Name) is displayed for the record. For additional instructions regarding videoconferencing, please visit https://azb.uscourts.gov/videoconference-hearing-guidelines to review the Videoconference Hearing Guidelines.

Pursuant to Local Bankruptcy Rule 9013-1, any objections to the Motion must be filed with the Clerk of the Bankruptcy Court, at the address listed above, not later than fourteen (14) days from the date of service of this Motion, and a copy served upon Trustee at the address listed above.

DATED this 20th day of July, 2026.

By: */s/ David M. Reaves*
David M. Reaves
Chapter 7 Trustee

COPY of the foregoing SERVED
this 20th day of July, 2026, to:

Grant County Excavation, Inc.
8939 S. Eisenhower Rd.
Tucson, AZ 85756
Debtor

Internal Revenue Service
801 Broadway, M/S MDP 146
Nashville, TN 37203

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Office of the United States Attorney
District of Arizona
Civil-Process Clerk
40 N. Central Avenue, Suite 1800
Phoenix, AZ 85004

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Elizabeth C. Amorosi
Office of the U.S. Trustee
Elizabeth.C.Amorosi@usdoj.gov

/s/ *Kathleen Arnold*